UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ANTHONY MEHRAN,<br><br>Defendant | Crim. No. 09-693 (KSH)<br><br>**ORDER DIRECTING RETURN OF PASSPORT TO DEFENDANT** |

**THIS MATTER** having been brought before the Court on the letter application dated February 18, 2010 of the defendant (through his counsel, Lawrence S. Horn, Esq.) for the entry of an Order directing the Pretrial Services Agency to return the defendant's U.S. passport to him, and it appearing that the proceedings in this matter have been concluded, and for good cause shown,

IT IS on this 2nd day of March, 2010

ORDERED that the Pretrial Services Agency return the defendant's U.S. passport to the defendant.

_____
HON. KATHARINE S. HAYDEN
United States District Judge